**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-BK-10111-SSC |
|---|---|
| COX, STEPHEN MARK and COX, CRYSTAL DAWN, | ) Chapter 7 ) |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for bad address and there is no other address for this creditor on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3009 | 8/20/10 | JNS Towing & Transport<br>14834 W. Jomax Road<br>Surprise, AZ 85387 | $71.65 |

Dated this 26th day of October, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee